UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS,<br><br>    Plaintiff,<br><br>  v.<br><br>CSR REPS, et al.,<br><br>    Defendants. | CASE NO. 1:16-cv-00791-DAD-MJS (PC)<br><br>**ORDER REGARDING STIPULATION FOR EXTENSION OF TIME**<br><br>**(ECF No. 19)**<br><br>**SEVEN DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On March 28, 2017, Plaintiff participated in a settlement conference in Case No. 1:05-cv-01625-SAB, in which he agreed to a global settlement of several actions, including the instant action. Dispositional documents were to be filed within forty five days. (ECF No. 18.)

The forty five day deadline passed with no action from the parties. On May 22, 2017, the parties filed a stipulation and proposed order for a thirty-day extension of time to file dispositional documents. (ECF No. 19.) Therein, the parties represented that the global settlement was predicated on setting aside the jury verdict in Case No. 1:05-cv-01625-SAB, but that, as of the date of filing their stipulation, their request to set aside the jury verdict had not been granted. However, a review of the docket in Case No. 1:05-cv-01625-SAB reflects that the request to set aside the jury verdict was granted on May 15,

1 | 2017, seven days prior to the filing of the stipulation.

Now, more than thirty days have passed since the stipulation was filed, and no further action has been taken by the parties. A review of the docket in Case No. 1:05-cv-01625-SAB reflects that the parties have therein requested a further extension of time to file dispositional documents in that case. (ECF No. 280 in Case No. 1:05-cv-01625-SAB). In at least one of the other cases subject to the "global settlement," No. 1:06-cv-01280 AWI-EPG (PC), dispositional documents were filed and the matter was closed.

In this action, however, the parties have failed to abide by Court deadlines or request an extension of time supported by good cause. Indeed, the stipulated extension of time was filed after the deadline and misrepresented the status of another case. Based on the foregoing, the parties are HEREBY ORDERED to file dispositional documents within **seven days**. Any request for extension of time must be supported by facts that accurately describe the status of settlement of the instant action. Because other cases subject to the "global settlement" have already been closed, representations with regard to the status of other cases will not justify an extension of time in this case.

IT IS SO ORDERED.

Dated:   June 19, 2017                        /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE

2